934

No. 1436. HUMBLE OIL & REFINING CO. v. PRICE ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition.

No. 6195. MARTINEZ v. PATTERSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE are of the opinion that certiorari should be granted.

No. 6447. MURRAY v. PAGE, WARDEN. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE are of the opinion that certiorari should be granted.

No. 6310. KELM v. PATTERSON, WARDEN. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 325. NEGRE v. LARSEN ET AL., 401 U. S. 437;

No. 991. KOSERKOFF v. CHESAPEAKE & OHIO RAILWAY CO., 401 U. S. 947;

No. 1149. DAVENPORT v. CITY RENT AND REHABILITATION ADMINISTRATION OF THE CITY OF NEW YORK ET AL., 401 U. S. 956;

No. 1221. CATALDO v. UNITED STATES, 401 U. S. 977;

No. 6419. STEAD v. UNITED STATES, 401 U. S. 978; and

No. 6441. TILLI v. COUNTY OF NORTHAMPTON ET AL., 401 U. S. 978. Petitions for rehearing denied.

No. 272. CALARCO v. UNITED STATES, 400 U. S. 824. Motion of petitioner for leave to proceed further herein in forma pauperis granted. Motion for leave to file petition for rehearing denied.